IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: WESLEY T. YOUNG                    )
                                          )
GMAC MORTGAGE CORPORATION,     Creditor,  )
     vs.                                  ) CASE NO. 05B57932
                                          ) JUDGE JACQUELINE P. COX
WESLEY T. YOUNG,               Debtor     )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes GMAC Mortgage Corporation, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the April 1, 2009 contractual payment and all those thereafter.

2. The following is an itemization of payments, fees, and costs due on the loan as of August 3, 2009.

    a. Attorney's Fees                = $250.00
    b. Payments 4/09-8/09 @ $198.06   = $990.30
    c. Inspections                    = $195.00
    d. BPO                            = $651.00
    Total                             = $2,086.30

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, GMAC Mortgage Corporation rights to collect these amounts will remain unaffected.

```
                              Respectfully Submitted,
                              GMAC Mortgage Corporation

                              /s/Dana N. O'Brien
                              Dana N. O'Brien
                              ARDC#6256415

                              Pierce and Associates, P.C.
                              1 North Dearborn Street, Ste. 1300
                              Chicago, Illinois 60602
                              (312)346-9088
```